UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ELLA THREATT, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CAUSE NO: 1:09-CV-125RM |
| ) | |
| PUTNAM TRUCKING, INC., ) | |
| PUTNAM TRUCKING OPERATIONS, INC., ) | |
| JP LOGISTICS, INC., & DENNIS LOVELL, ) | |
| ) | |
| Defendants ) | |

## OPINION AND ORDER

The defendants, Putnam Trucking, Inc., Putnam Trucking Operations, Inc., JP Logistics, Inc., and Dennis Lovell, having filed its motion to remand case to state court [Doc. No. 6] and good cause having been shown; IT IS HEREBY ORDERED that the above captioned case is REMANDED to Steuben County Superior Court, Cause No. 76D01-0903-CT-0259, for further proceedings.

SO ORDERED.

Dated: May 26, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc: counsel of record